IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 22-CR-19 |
| | : | |
| JOSEPH PERKINS | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **22nd** day of **August**, **2022**, upon consideration of Defendant's Motion to Suppress (ECF No. 19), the Government's Response in Opposition (ECF No. 20), and Oral Argument held before the Hon. Chad F. Kenney in Courtroom 11B on August 4, 2022 at 9:00 a.m. (*see* Transcript at ECF No. 23), it is **hereby ORDERED** that for the reasons set forth in the accompanying Memorandum, Defendant's Motion (ECF No. 19) is **DENIED**.

BY THE COURT:

/s/ *Chad F. Kenney*
_____
Chad F. Kenney, Judge

1